IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **QUINCY ROGERS,** | ) |
| **Plaintiff,** | ) Case No. 08 C 1325 |
| v. | ) Judge Elaine E. Bucklo |
| **ASHLAND INC.,** | ) Mag. Judge Cox |
| **Defendant.** | ) |

### ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

For good cause shown, the motion for enlargement of time of Defendant Ashland Inc. is found to be well-taken and is hereby GRANTED. Defendant shall file its responsive pleading to Plaintiff's Complaint on or before March 19, 2008.

IT IS SO ORDERED.


Date: March___, 2008          _____
                              Judge Elaine E. Bucklo


Exhibit A