# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| QUINCY ROGERS, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 1325 |
| | ) |
| v. | ) Judge Elaine E. Bucklo |
| | ) |
| ASHLAND INC., | ) Mag. Judge Cox |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

On Monday, March 24, 2008 at 9:30 a.m. I shall appear before the Honorable Judge Elaine E. Bucklo, or any Judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court, Northern District of Illinois, and then and there present the attached **Defendant, Ashland, Inc.'s Motion for Enlargement of Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you.

JOHNSON & BELL, LTD.

s/*Victor J. Pioli*
One of the Attorneys for Defendant

Joseph R. Marconi
Victor J. Pioli
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
(312) 372-0070

Chuck M. Roesch
Kathleen A. Carnes
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served upon counsel identified below via e-file this 19th day of March, 2008:

Josh Friedman
120 South State Street, Suite 200
Chicago, IL 60603

/s/ Victor J. Pioli