IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| QUINCY ROGERS, | ) |
| Plaintiff, | ) Case No. 08 C 1325 |
| v. | ) Judge Elaine E. Bucklo |
| ASHLAND INC., | ) Mag. Judge Cox |
| Defendant. | ) |

## DEFENDANT ASHLAND INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ashland Inc. states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

ASHLAND INC.

By:____/s/ Victor J. Pioli_____

Joseph R. Marconi, Esq.
Victor J. Pioli, Esq.
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
Ph: (312) 372-0770
Fax: (312) 372-9818

Charles M. Roesch, Esq.
Kathleen A. Carnes, Esq.
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Ph: (513) 977-8200
Fax: (513) 977-8141

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Josh Friedman, 120 South State Street, Suite 200, Chicago, IL 60603, Attorney for Plaintiff.

/s/ Victor J. Pioli