**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Quincy Rogers
                      Plaintiff,

v.                                  Case No.: 1:08–cv–01325
                                                 Honorable Elaine E. Bucklo

Ashland, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Scheduling conference held on 4/10/2008 and the court approved parties' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 9/30/08. Defendant shall comply with FRCP(26)(a)(2) by 10/30/08. Status hearing set for 7/11/2008 at 09:30 AM. All discovery ordered closed by 12/31/2008. Dispositive motions with supporting memoranda due by 1/15/2009. Motions in limine with supporting memoranda due by 2/27/2009. Pretrial Order due by 2/27/2009. Responses due by 3/6/2009. Pretrial Conference set for 3/11/2009 at 04:30 PM. Jury Trial set for 3/16/2009 at 09:30 AM. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.