UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

| | | |
|---|---|---|
| QUINCY ROGERS, | : | Case No. 1:08-CV-01325 |
| | : | |
| Plaintiff, | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| v. | : | **DEFENSE COUNSEL** |
| | : | |
| ASHLAND, INC., | : | |
| | : | |
| Defendant. | : | |

Notice is hereby given to the Court and all parties that the undersigned, Charles M. Roesch, of the law firm of Dinsmore & Shohl LLP will represent Defendant in this matter, and said counsel is entering his appearance herein.

    Respectfully submitted,

    /s/ Charles M. Roesch
    Charles M. Roesch, Esq. (Ohio #0013307)
    DINSMORE & SHOHL LLP
    Suite 1900
    255 East Fifth Street
    Cincinnati, Ohio 45202
    (513) 977-8178
    Fax: (513) 977-8141
    E-mail: croesch@dinslaw.com

    *Attorney for Defendant Ashland, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Charles M. Roesch

1531466_1